# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| RIGNEY FINANCIAL SERVICES LLC | * | |
| PLAINTIFF | * | |
| V. | * | CASE NO. 4:17CV00653 SWW |
| | * | |
| ERNEST L. ISBELL | * | |
| DEFENDANT | * | |
| | * | |

## ORDER OF DISMISSAL

The parties move to dismiss this action with prejudice because they have settled their dispute. The motion [ECF No. 74] is GRANTED, and this action is DISMISSED WITH PREJUDICE, each side to bear its own costs.

IT IS SO ORDERED THIS 28TH DAY OF FEBRUARY, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE